```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 27754
   CATHY A TAYLOR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-8510

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/13/2005 and was confirmed 09/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   19.00%.

     The case was dismissed after confirmation 07/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED            13000.00          2308.44       4921.52
DAIMLER CHRYSLER FINANCI  UNSECURED           3508.41             .00            .00
CITIFINANCIAL             CURRENT MORTG          .00              .00            .00
GREAT BANK                SECURED                .00              .00            .00
NATIONAL CITY MORTGAGE    CURRENT MORTG          .00              .00            .00
SAXON MORTGAGE            CURRENT MORTG          .00              .00            .00
SAXON MORTGAGE            MORTGAGE ARRE       250.19              .00         250.19
COOK COUNTY TREASURER     PRIORITY               .00              .00            .00
DEER & STONE              PRIORITY         NOT FILED              .00            .00
AMERICAS FINANCIAL CHOIC  UNSECURED        NOT FILED              .00            .00
ASPIRE                    UNSECURED          1347.65              .00            .00
BANK OF AMERICA NA        UNSECURED        NOT FILED              .00            .00
CITY OF CHICAGO PARKING   UNSECURED           300.00              .00            .00
CREDIT FIRST              UNSECURED           307.26              .00            .00
ECAST SETTLEMENT CORP     UNSECURED          1406.66              .00            .00
GAFCO                     SECURED             764.08            77.64         307.72
GAFCO                     UNSECURED          1829.70              .00            .00
HOME DEPOT                UNSECURED        NOT FILED              .00            .00
NICOR GAS                 UNSECURED           372.57              .00            .00
NATIONAL CITY MORTGAGE    SECURED NOT I         .00              .00            .00
DEER & STONE              DEBTOR ATTY       2,050.00                         2,050.00
TOM VAUGHN                TRUSTEE                                              573.23
DEBTOR REFUND             REFUND                                                10.26

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  10,499.00

PRIORITY                                          .00
SECURED                                      5,479.43

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 27754 CATHY A TAYLOR
```

```
    INTEREST                                            2,386.08
UNSECURED                                                    .00
ADMINISTRATIVE                                          2,050.00
TRUSTEE COMPENSATION                                      573.23
DEBTOR REFUND                                              10.26
                                 ---------------   ---------------
TOTALS                                 10,499.00         10,499.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                 /s/ Tom Vaughn
Dated: 10/29/08                  _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```